[No. 3347–3–III.   Division Three.   July 8, 1980.]

STELLA T. LUNNEBORG, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 245044, Richard P. Guy, J., entered
March 2, 1979. *Reversed* and *remanded* by unpublished
opinion per McInturff, J., concurred in by Green, C.J., and
Munson, J.

[No. 3672–II.   Division Two.   July 10, 1980.]

DONALD M. LIDREN, *Appellant,* v. PIERCE COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 258855, E. Albert Morrison, J., entered August
25, 1978. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, C.J., and Petrich, J.

[No. 6702–8–I.   Division One.   July 14, 1980.]

ARNE P. WORTH, *Appellant,* v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 826268, Norman W. Quinn, J., entered June
14, 1978. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by Andersen, J., Dore, J., dissenting.